UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
LAKEISHA WALKER and OTTE ARMSTRONG,

                                   Plaintiffs,

      – against –

D. JAKASAL, Individually, E.M. OLSON, Individually, D.A.
VALENTINE, Individually, D.P. OMALLEY, Individually, I.
YUAN, Individually, M.T. PACINO, Individually,

                                   Defendants.
------------------------------------------------------------------------x

No. 19-CV-10576 (CS)

**ORDER**

For the reasons stated on the record on June 16, 2022, (*see* Minute Entry dated June 16, 2022), Defendants' Motion for Summary Judgment, (ECF No. 49), is GRANTED as to the state-law malicious prosecution claim only and DENIED as to all other claims.

**SO ORDERED.**

Dated: July 15, 2022
       White Plains, New York

                                                        _____
                                                         CATHY SEIBEL, U.S.D.J.