UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Walker et al.,

                               Plaintiffs,

        -against-

Town of Greenburgh, et al.,

                               Defendant.

----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:19-c-10576-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

     A Status Conference (via telephone) is hereby scheduled for **September 17, 2024  at  12 PM.** The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739  and then # to enter the conference. At the Status Conference, the parties should be prepared to discuss the following:

     SO ORDERED.

DATED:    White Plains, New York
              September 5, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge