# DANIEL A. SEYMOUR, ESQ.

**MEMO ENDORSED**

ATTORNEY AT LAW
707 WESTCHESTER AVENUE – Suite 213
WHITE PLAINS, NEW YORK 10604

Tele# (914) 686-9010
Fax# (914) 686-0873
E-Mail seymourlaw1@gmail.com

*Application GRANTED. The telephone conference is adjourned to September 24, 2024 at 12 PM.*

September 10, 2024

APPLICATION GRANTED
Hon. Victoria Reznik, U.S.M.J.
September 10, 2024

Honorable Judge Victoria Reznik
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

                  RE:  Lakeisha Walker v. Town of Greenburgh et al
                       SDNY Docket # 19-cv-10576-VR

Dear Judge Reznik:

    I represent the individual Defendants.

    This letter motion seeks an adjournment of the conference scheduled for September 17, 2024 at 12:00 PM noon via telephone conference. The basis for my request is a scheduling conflict with flight travel plans that day.

    This is the first request for an adjournment of the status conference. All affected parties consent to this request.

    All counsel would be available on September 24th and 25th.

    I appreciate the Court's attention to this matter.

                    Respectfully yours,

                    DANIEL A. SEYMOUR

DAS:je

cc: All Counsel via ECF