UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Walker,

                                Plaintiffs,

       -against-

Town of Greenburgh, et al.,

                                Defendant.

-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

**7:19 cv 10576 VR**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/2024

**VICTORIA REZNIK, United States Magistrate Judge:**

    A Status Conference (via telephone) is hereby scheduled for **January 14, 2025** **at 10:30 am.** The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference.

    **SO ORDERED.**

DATED:    White Plains, New York
                 December 30, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge