**PISCIONERE & NEMAROW, P.C.**

ATTORNEYS AT LAW



MEMO ENDORSED

ANTHONY G. PISCIONERE

JERYL LYNN NEMAROW
ADMITTED NY, FL, OH, DC

MICHAEL J. KONICOFF
ADMITTED NY, CT

MATTHEW I. MANNIS

363 BOSTON POST ROAD
RYE, NEW YORK
10580-1105
TELEPHONE (914) 835-6900
FACSIMILE (914) 835-6931

January 3, 2025

<u>Via ECF</u>
Honorable Judge Victoria Reznik
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> The request is GRANTED. The conference is adjourned to January 21, 2025 at 10:30 am. The dial-in information is the same.
>
> APPLICATION GRANTED
> /s/ Victoria Reznik
> Hon. Victoria Reznik, U.S.M.J.
> January 3, 2025

    Re:    Lakeisha Walker v. Town of Greenburgh et al
              SDNY Docket No.: 19-cv-10576-VR

Dear Judge Reznik:

    This office represents the defendant Town of Greenburgh. Daniel Seymour represents the individual defendants. Brett Klein represents the plaintiffs.

    This letter motion seeks an adjournment of the conference scheduled for January 14, 2025 at 10:30am via telephone conference. The basis for my request is scheduling conflicts. I will be engaged in an all-day settlement conference in front of the Honorable Gretchen Walsh in Westchester County Supreme Court which was previously scheduled.

    This is the first request for an adjournment of this status conference. All affected parties' consent to this request.

    All counsel would be available January 21, 2025 all-day, January 22, 2025 in the afternoon or January 24, 2025 all-day.

    We thank the Court for your time and attention to this matter and apologize for any inconvenience.

Very truly yours,

Anthony G. Piscionere

AGP:dd
Enclosures
CC: Brett Klein
　　Daniel A. Seymour