```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/2/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Lakiesha Walker and Otte Armstrong,
          Plaintiffs,        19-cv-10576

    -against-             **ORDER**

Town of Greenburgh, et al.,
          Defendants.
------------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

  On April 2, 2025, the Court directed the parties to submit a joint status letter to the Court by no later than May 30, 2025. (ECF No. 106). No such letter has been submitted. The parties are reminded to submit their joint status letter, which is now due by **June 6, 2025**.

  **SO ORDERED.**

DATED:  White Plains, New York
       June 2, 2025

                     _____
                     VICTORIA REZNIK
                     United States Magistrate Judge