USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _ 7/8/2025 _

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Lakiesha Walker and Otte Armstrong

                              Plaintiffs,

               -against-

Town of Greenburgh et al.,

                            Defendants.
-----------------------------------------------------------------X

19-cv-10576
**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

The Court having been advised that all claims asserted in the above-entitled action are settled, it is hereby

ORDERED, that the above-entitled action be discontinued, without costs to any party, subject to reopening should the settlement not be concluded within thirty (30) days from the date of this Order.

        **SO ORDERED.**

DATED:      White Plains, New York
              7/8/25

                             _____
                             VICTORIA REZNIK

                             United States Magistrate Judge